ant to renew on presenting to the court verified answer setting up a defense. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Application of Crouse-Hinds Company, Appellant, to Remove a Certain Action Entitled " City Court — City of New York — Hydraulic Oil Storage Company of New York, Plaintiff, against Crouse-Hinds Company, Defendant," from the City Court of the City of New York to the Supreme Court of the State of New York, and to Change the Venue of Said Action to the County of Onondaga, State of New York. Hydraulic Oil Storage Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to change place of trial to Onondaga county granted. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Emma F. Sully, Respondent, v. Tiffany & Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to strike out parts of answer as irrelevant denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Christian Heusy, Respondent, v. J. H. Shipway & Brother, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Max D. Blum, Respondent, v. Scottish Union and National Insurance Company of Edinburgh, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Artemas H. Holmes, Respondent, v. Helen Villard Bell and James W. Bell, Appellants, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the authority of *Holmes* v. *Bell* (139 App. Div. 455; affd., 200 N. Y. 586). Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Albert A. Wray, Appellant, v. William D. Mann, Respondent. (Nos. 1 and 2.)— In each case order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Albert A. Wray, Appellant, v. William D. Mann, Respondent. (Nos. 1 and 2.)—In each case order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Sarkis G. Kerbeyekian v. Lazar Raffy. Alvin C. Cass and Charles L. Apfel, Plaintiff's Attorneys, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Northern Bank of New York, Respondent, v. Margaret Robinson and Others, Impleaded with William G. Mulligan and Agnes K. Mulligan, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Sarah D. Ashley, an Alleged Incompetent, Appellant.